| PROB 22 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** RECEIVED APR 07 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | 06-20304-CR-COOKE |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SD/FL | | DIVISION MIAMI |
|---|---|---|---|
| SULTAN KHANBEY | NAME OF SENTENCING JUDGE THE HONORABLE MARCIA G. COOKE | | |
| SD/FL PACTS No. 88600 | DATES OF PROBATION SUPERVISED RELEASE | FROM 05/04/07 | TO 05/03/10 |

OFFENSE

FELON IN POSSESSION OF A FIREARM, 18, USC § 922(g)(1).

JUDGE MORAN

MAGISTRATE JUDGE NOLAN

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Illinois, Chicago</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 25, 2008
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN</u> DISTRICT OF <u>ILLINOIS, CHICAGO</u>

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
APR 1 4 2008 TC

08CR 304

APR 1 4 2008
Effective Date

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_[signature: James F. Holderman]_
United States District Judge