| PROB 22 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| | | 06-20304-CR-COOKE |
| **TRANSFER OF JURISDICTION** | RECEIVED APR 07 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | DOCKET NUMBER(Rec.Ct) |
| NAME AND ADDRESS OF PROBATIONER SULTAN KHANBEY | FILED MAY 05 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | DISTRICT SD/FL | DIVISION MIAMI |
| | | NAME OF SENTENCING JUDGE THE HONORABLE MARCIA G. COOKE |
| SD/FL PACTS No. 88600 | | DATES OF PROBATION SUPERVISED RELEASE | FROM 05/04/07 | TO 05/03/10 |
| OFFENSE | | |

FELON IN POSSESSION OF A FIREARM, 18, USC § 922(g)(1).

JUDGE MORAN

MAGISTRATE JUDGE NOLAN

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois, Chicago upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 25, 2008
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK
BY [signature]
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DATE: APR 21 2008

08CR 304

APR 1 4 2008
Effective Date

[signature] James F. Holderman
United States District Judge



**MICHAEL W. DOBBINS**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
April 21, 2008

312-435-5698

Southern District of Florida
Mr. Steven Larimore
Clerk/Court Administrator
United States District Court
321 C. Clyde Atkins
United States Courthouse
301 North Miami Avenue
Miami, FL 33128

FILED by _____ D.C.
APR 24 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Dear Clerk:

**Re: 06-20304-CR-Cooke   USA v. Sultan Khanbey   Judge Marcia G. Cooke**

Our Case Number:   08 CR 304 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:  Marsha E. Glenn
Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT



FILED
MAY 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date: 4/25/08

United States District Court
District of Illinois, Northern

219 South Dearborn Street

Chicago, Illinois

RE: Sultan Khanbey (08-CR-304)
   Case No.: 06-20304-CR-Cooke

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction, the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

STEVEN M. LARIMORE
Clerk of Court

by: s/ Graciela Perez
   Deputy Clerk

Encl.

☐301 N. Miami Avenue
Room 150
Miami, FL 33128
305-523-5100

☐299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐300 S. Sixth Street
Ft. Pierce, FL 34950
772-595-9691

CLOSED

## U.S. District Court
### Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:06-cr-20304-MGC-ALL
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Khanbey<br>Magistrate judge case number: 1:06-mj-02485 | Date Filed: 05/16/2006 |

Assigned to: Judge Marcia G. Cooke

### Defendant

**Sultan Khanbey** (1)
TERMINATED: 10/27/2006

represented by **Hector Dopico**
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-530-7000X175
Fax: 536-4559
Email: Hector_Dopico@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS<br>(1) | 14 months imprisonment, followed by 3 years supervised release. |

| **Highest Offense Level (Opening)** | |
|---|---|
| Felony | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Convicted Felon in possession of a fiream [ 1:06-m -2485 ] | |

### Plaintiff

**USA**

represented by **Marcus A. Christian**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9401
Fax: 530-7976
Email: marcus.a.christian@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2005 | 1 | COMPLAINT as to Sultan Khanbey [ 1:06-m -2485 ] (ma, Deputy Clerk) (Entered: 05/08/2006) |
| 05/05/2006 | | ARREST of Sultan Khanbey [ 1:06-m -2485 ] (Former Deputy Clerk) (Entered: 05/09/2006) |
| 05/08/2006 | 2 | REPORT Commencing Criminal Action as to Sultan Khanbey DOB: 1/18/1955 Prisoner # 76629-004 [ 1:06-m -2485 ] (Former Deputy Clerk) (Entered: 05/09/2006) |
| 05/08/2006 | 3 | ORDER on Initial Appearance as to Sultan Khanbey Bond set to TEMP PTD., for Appointment of Public Defender , set Arraignment for 10:00 5/17/06; Detention hearing set for 5/10/06 ; Preliminary examination set 10:00 5/17/06 ; before Duty , ( Signed by Magistrate Judge William C. Turnoff on 5/8/06) Tape # 06G-22-106 CCAP [ 1:06-m -2485 ] (Former Deputy Clerk) (Entered: 05/09/2006) |
| 05/09/2006 | 4 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Sultan Khanbey [ 1:06-m -2485 ] (nf, Deputy Clerk) (Entered: 05/15/2006) |
| 05/15/2006 | 5 | ORDER denying request for pretrial detention; bond set at $250,000 CSB Nebbia as to Sultan Khanbey ( Signed by Magistrate Judge William C. Turnoff on 5/10/06) [EOD Date: 5/15/06] Tape # 06G-23-554 CCAP [ 1:06-m -2485 ] (sl, Deputy Clerk) (Entered: 05/15/2006) |
| 05/16/2006 | 6 | INDICTMENT as to Sultan Khanbey (1) count(s) 1 (Criminal Category 1) and Forfeiture Count; Magistrate Judge Stephen T. Brown (Preliminary Examination cancelled.) (ks, Deputy Clerk) Modified on 05/18/2006 (Entered: 05/18/2006) |
| 05/17/2006 | 7 | ARRAIGNMENT INFORMATION SHEET for Sultan Khanbey (1) count(s) 1 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (lk, Deputy Clerk) (Entered: 05/19/2006) |
| 05/17/2006 | 8 | STANDING DISCOVERY ORDER as to Sultan Khanbey all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Ted E. Bandstra on 5/17/06) CCAP (lk, Deputy Clerk) (Entered: 05/19/2006) |
| 05/22/2006 | 9 | CRIMINAL PRETRIAL CONFERENCE AND TRIAL SCHEDULING ORDER as to Sultan Khanbey setting Calendar Call for 3:00 6/21/06 for Sultan Khanbey ; Jury Trial for 9:00 6/26/06 for Sultan Khanbey ; Pretrial Conference for 9:45 6/15/06 for Sultan Khanbey ; before Judge Marcia G. Cooke ( Signed by Judge Marcia G. Cooke on 5/22/06) [EOD Date: 5/23/06] CCAP (lk, Deputy Clerk) (Entered: 05/23/2006) |
| 05/23/2006 | 10 | NOTICE of Assignment of Assistant Public Defender for Sultan Khanbey . Terminated attorney Public Defender for Sultan Khanbey AFPD Hector Dopico assigned. (lk, Deputy Clerk) (Entered: 05/24/2006) |
| 05/25/2006 | 11 | NOTICE of Unavailability by Sultan Khanbey as to Sultan Khanbey for dates of: May 30, 2006 through June 2, 2006 (mh, Deputy Clerk) (Entered: 05/30/2006) |
| 05/26/2006 | 12 | NOTICE of Unavailability by Sultan Khanbey as to Sultan Khanbey for dates of: June 24, 2006 through July 4, 2006 (mh, Deputy Clerk) (Entered: 05/30/2006) |
| 06/02/2006 | 13 | RESPONSE to Standing Discovery Order by USA as to Sultan Khanbey (mh, Deputy Clerk) (Entered: 06/05/2006) |
| 06/05/2006 | 14 | MOTION with Memorandum in Support by Sultan Khanbey to suppress statements and physical evidence (mh, Deputy Clerk) (Entered: 06/06/2006) |
| 06/06/2006 | 15 | ORDER OF REFERENCE referring Motion(s) to Magistrate Stephen T. Brown as to Sultan Khanbey : [14-1] motion to suppress statements and physical evidence as to Sultan Khanbey (1) ( Signed by Judge Marcia G. Cooke on 6/6/06) [EOD Date: 6/7/06] CCAP (mh, Deputy |

| | | |
|---|---|---|
| | | Clerk) (Entered: 06/07/2006) |
| 06/06/2006 | | Motion(s) referred as to Sultan Khanbey : [14-1] motion to suppress statements and physical evidence referred to Magistrate Stephen T. Brown (mh, Deputy Clerk) (Entered: 06/07/2006) |
| 06/07/2006 | 16 | NOTICE of Unavailability by Sultan Khanbey as to Sultan Khanbey for dates of July 3, 2006 through July 5, 2006 (mh, Deputy Clerk) (Entered: 06/08/2006) |
| 06/07/2006 | 17 | TRANSCRIPT filed as to Sultan Khanbey of Pretrial Detention Hearing held 5/10/06 before Judge William C. Turnoff Pages: 1-12 (gp, Deputy Clerk) (Entered: 06/08/2006) |
| 06/13/2006 | 18 | NOTICE of Discovery/Exhibit by Sultan Khanbey as to Sultan Khanbey (mh, Deputy Clerk) (Entered: 06/14/2006) |
| 06/14/2006 | 19 | NOTICE/ORDER Of Evidentiary Hearing as to Sultan Khanbey Motion hearing before Magistrate Stephen T. Brown set for 10:00 a.m. on 7/10/06 for Khanbey for [14-1] motion to suppress statements and physical evidence (Signed by Magistrate Stephen T. Brown on 6/14/06) [EOD Date: 6/15/06] CCAP (mh, Deputy Clerk) (Entered: 06/15/2006) |
| 06/20/2006 | 20 | ORDER granting oral motion for continuance and resetting trial date as to Sultan Khanbey Reset calendar call for 7/19/06 for Sultan Khanbey , Reset Jury trial for 7/24/06 for Sultan Khanbey before Judge Marcia G. Cooke , to in Interest of Justice (Signed by Judge Marcia G. Cooke on 6/20/06) [EOD Date: 6/21/06] CCAP (mh, Deputy Clerk) (Entered: 06/21/2006) |
| 06/23/2006 | 21 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Sultan Khanbey (mh, Deputy Clerk) (Entered: 06/26/2006) |
| 06/28/2006 | 22 | SECOND SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Sultan Khanbey (mh, Deputy Clerk) (Entered: 06/29/2006) |
| 07/06/2006 | 23 | ORDER as to Sultan Khanbey Motion hearing before Magistrate Stephen T. Brown set for 10:00 7/11/06 for Sultan Khanbey for [14-1] motion to suppress statements and physical evidence ( Signed by Magistrate Stephen T. Brown on 6/3/06) [EOD Date: 7/10/06] CCAP (ct, Deputy Clerk) Modified on 07/10/2006 (Entered: 07/10/2006) |
| 07/07/2006 | | **Added for Sultan Khanbey Attorney Philip Louis Reizenstein (ct, Deputy Clerk) (Entered: 07/10/2006) |
| 07/10/2006 | 24 | RESPONSE by USA as to Sultan Khanbey re [14-1] motion to suppress statements and physical evidence (mh, Deputy Clerk) (Entered: 07/11/2006) |
| 07/11/2006 | | Motion hearing as to Sultan Khanbey re: [14-1] motion to suppress statements and physical evidence Motion hearing held before Magistrate Stephen T. Brown (mh, Deputy Clerk) (Entered: 07/13/2006) |
| 07/12/2006 | 25 | Minutes of motion to suppress hearing held on 7/11/06 before Magistrate Stephen T. Brown as to Sultan Khanbey; (mh, Deputy Clerk) (Entered: 07/13/2006) |
| 07/12/2006 | 26 | Exhibit And Witness list by USA as to Sultan Khanbey (mh, Deputy Clerk) (Entered: 07/13/2006) |
| 07/12/2006 | 35 | TRANSCRIPT filed as to Sultan Khanbey of Motion to Suppress held 7/11/06 before Judge Stephen T. Brown Pages: 1-60 (vl, Deputy Clerk) (Entered: 08/09/2006) |
| 07/13/2006 | 27 | MOTION by Sultan Khanbey to continue trial , and to enlarge time to file additional pretrial motions (mh, Deputy Clerk) (Entered: 07/14/2006) |
| 07/13/2006 | 28 | THIRD SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Sultan Khanbey (mh, Deputy Clerk) (Entered: 07/14/2006) |
| 07/14/2006 | 29 | ORDER as to Sultan Khanbey granting [27-1] motion to continue trial as to Sultan Khanbey (1), granting [27-2] motion to enlarge time to file additional pretrial motions as to Sultan Khanbey (1) Set calendar call for 3:00 p.m. on 8/30/06 for Sultan Khanbey , Reset Jury trial for 9/5/06 for Sultan Khanbey before Judge Marcia G. Cooke , to Continue in Interest of |

| | | |
|---|---|---|
| | | Justice ( Signed by Judge Marcia G. Cooke on 7/14/06) [EOD Date: 7/17/06] CCAP (mh, Deputy Clerk) (Entered: 07/17/2006) |
| 07/19/2006 | 30 | MOTION by Sultan Khanbey to compel Special Agent Lee Rathel's rough notes and the disclosure of specific brandy information in the government's actual or constructive possession (mh, Deputy Clerk) (Entered: 07/20/2006) |
| 07/20/2006 | 31 | REPORT AND RECOMMENDATIONS of Magistrate Stephen T. Brown as to Sultan Khanbey recommending that [14-1] motion to suppress statements and physical evidence as to Sultan Khanbey (1) be granted in part and denied in part. Motion no longer referred. Signed on: 7/20/06 Objections to R and R due by 7/30/06 CCAP (hd, Deputy Clerk) (Entered: 07/21/2006) |
| 07/26/2006 | 32 | NOTICE of Unavailability by Sultan Khanbey as to Sultan Khanbey for dates of August 5, 2006 through August 16, 2006 (mh, Deputy Clerk) (Entered: 07/27/2006) |
| 07/26/2006 | 33 | ORDER OF REFERENCE referring Motion(s) to Magistrate Stephen T. Brown as to Sultan Khanbey : [30-1] motion to compel Special Agent Lee Rathel's rough notes and the disclosure of specific brandy information in the government's actual or constructive possession as to Sultan Khanbey (1) ( Signed by Judge Marcia G. Cooke on 7/26/06) [EOD Date: 7/27/06] CCAP (mh, Deputy Clerk) (Entered: 07/27/2006) |
| 07/26/2006 | | Motion(s) referred as to Sultan Khanbey : [30-1] motion to compel Special Agent Lee Rathel's rough notes and the disclosure of specific brandy information in the government's actual or constructive possession referred to Magistrate Stephen T. Brown (mh, Deputy Clerk) (Entered: 07/27/2006) |
| 07/28/2006 | 34 | SECOND MOTION with Memorandum in Support by Sultan Khanbey to suppress statements and physical evidence (bb, Deputy Clerk) (Entered: 07/31/2006) |
| 08/11/2006 | 36 | ORDER For Response as to Sultan Khanbey Response to motion reset to 8/15/06 for Sultan Khanbey for [30-1] motion to compel Special Agent Lee Rathel's rough notes and the disclosure specific brandy information in the government's actual or constructive possession (Signed by Magistrate Stephen T. Brown on 8/10/06) [EOD Date: 8/14/06] CCAP (mh, Deputy Clerk) (Entered: 08/14/2006) |
| 08/15/2006 | 37 | RESPONSE by USA as to Sultan Khanbey re [30-1] motion to compel Special Agent Lee Rathel's rough notes and the disclosure of specific brandy information in the government's actual or constructive possession (mh, Deputy Clerk) (Entered: 08/16/2006) |
| 08/17/2006 | 38 | ORDER as to Sultan Khanbey denying [30-1] motion to compel Special Agent Lee Rathel's rough notes and the disclosure of specific brandy information in the government's actual or constructive possession as to Sultan Khanbey (1) ( Signed by Magistrate Stephen T. Brown on 8/16/06) [EOD Date: 8/18/06] CCAP (mh, Deputy Clerk) (Entered: 08/18/2006) |
| 09/01/2006 | | Calendar call as to Sultan Khanbey held before Judge Marcia G. Cooke (mh, Deputy Clerk) (Entered: 09/06/2006) |
| 09/05/2006 | 39 | Minutes of Calendar Call held on 9/1/06 before Judge Marcia G. Cooke as to Sultan Khanbey; Court Reporter Name or #: Robin Dispenzieri (mh, Deputy Clerk) (Entered: 09/06/2006) |
| 09/06/2006 | 40 | RESPONSE by USA as to Sultan Khanbey re second [34-1] motion to suppress statements and physical evidence (mh, Deputy Clerk) (Entered: 09/07/2006) |
| 09/07/2006 | | Motion hearing as to Sultan Khanbey re: [34-1] motion to suppress statements and physical evidence before Judge Marcia G. Cooke (bb, Deputy Clerk) (Entered: 09/13/2006) |
| 09/12/2006 | 41 | Minutes of Motion Hearing held on 09/07/06 before Judge Marcia G. Cooke as to Sultan Khanbey ; Court Reporter Name or Tape #: Robin Dispenzieri (bb, Deputy Clerk) (Entered: 09/13/2006) |
| 09/12/2006 | 42 | ORDER as to Sultan Khanbey denying [34-1] motion to suppress statements and physical evidence as to Sultan Khanbey (1) ( Signed by Judge Marcia G. Cooke on 09/12/06) [EOD |

| | | |
|---|---|---|
| | | Date: 9/13/06] CCAP (bb, Deputy Clerk) (Entered: 09/13/2006) |
| 09/13/2006 | 43 | TRANSCRIPT filed as to Sultan Khanbey of Motion to Suppress held 9/7/06 before Judge Marcia G. Cooke Pages: 1-87 (hh, Deputy Clerk) (Entered: 09/14/2006) |
| 09/13/2006 | | Calendar call as to Sultan Khanbey held before Judge Marcia G. Cooke (mh, Deputy Clerk) (Entered: 09/15/2006) |
| 09/14/2006 | 44 | Minutes of Calendar Call held on 9/13/06 before Judge Marcia G. Cooke as to Sultan Khanbey ; Court Reporter Name or Tape #: Robin Dispenzieri (mh, Deputy Clerk) (Entered: 09/15/2006) |
| 09/19/2006 | 45 | NOTICE of Hearing as to Sultan Khanbey: Set calendar call for 3:00 p.m. on 9/27/06 for Sultan Khanbey before Judge Marcia Cooke (mh, Deputy Clerk) (Entered: 09/19/2006) |
| 10/02/2006 | 46 | NOTICE of Hearing as to Sultan Khanbey: Set Change of Plea Hearing for 4:00 p.m. on 10/4/06 for Sultan Khanbey before Judge Marcia G. Cooke (mh, Deputy Clerk) (Entered: 10/03/2006) |
| 10/06/2006 | 47 | NOTICE OF HEARING as to Sultan Khanbey Change of Plea Hearing set for 10/25/2006 on 2:00 PM before Judge Marcia G. Cooke. (dm) (Entered: 10/11/2006) |
| 10/13/2006 | 48 | TRANSCRIPT of Initial Appearance Hearing as to Sultan Khanbey held on 5/17/06 before Judge William C. Turnoff. Court Reporter: Jerald M. Meyers. (nc) (Entered: 10/13/2006) |
| 10/26/2006 | 49 | Minute Entry for proceedings held before Judge Marcia G. Cooke :Change of Plea Hearing as to Sultan Khanbey held on 10/26/2006 (Court Reporter Robin Dispenzieri.) (im) (Entered: 10/26/2006) |
| 10/26/2006 | 50 | Minute Entry for proceedings held before Judge Marcia G. Cooke :Sentencing held on 10/26/2006 for Sultan Khanbey (1), Count 1, 14 months imprisonment, followed by 3 years supervised release.. (Court Reporter Robin Dispenzieri.) (im) (Entered: 10/26/2006) |
| 10/27/2006 | 51 | JUDGMENT as to Sultan Khanbey (1), Count 1, 14 months imprisonment, followed by 3 years supervised release. . Signed by Judge Marcia G. Cooke on 10/26/06. (im) (Entered: 10/27/2006) |
| 10/27/2006 | | ***Set/Closed Flags as to Sultan Khanbey (mr) (Entered: 11/03/2006) |
| 12/05/2007 | 52 | TRANSCRIPT of Change of Plea and Sentencing Proceedings as to Sultan Khanbey held on Wednesday, October 25, 2006 @ 3:40pm before Judge Marcia G. Cooke. Court Reporter: Robin Dispenzieri - phone number 305-523-5158 1-15 pages. (nc) (Entered: 12/06/2007) |
| 02/12/2008 | 53 | ***PETITION and ORDER for Action on Conditions of Supervised Release as to Sultan Khanbey Signed by Judge Marcia G. Cooke on 02/11/08. (im) (Entered: 02/12/2008) |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-20304 CR-COOKE  MAGISTRATE JUDGE
                                 BROWN

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

SULTAN KHANBEY,

    **Defendant.**
_____/



## INDICTMENT

The Grand Jury charges that:

On or about April 19, 2006, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SULTAN KHANBEY,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly posses a firearm, in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461, and the procedures set



forth in Title 21, United States Code, Section 853.

2. Upon conviction of any violation of Title 18, United States Code, Section 922(g)(1), the defendant shall forfeit to the United States any firearm or ammunition involved in or used in the commission of said violation.

All pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461, and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
MARCUS A. CHRISTIAN
ASSISTANT UNITED STATES ATTORNEY

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/25/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20304-CR-COOKE

UNITED STATES OF AMERICA

vs.

SULTAN KHANBEY,

        Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

MAGISTRATE JUDGE BROWN

**Superseding Case Information:**

New Defendant(s)    Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

**Court Division:** (Select One)

_X_ Miami    ___ Key West

___ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?  (Yes or No) _Yes_
If yes:
Magistrate Case No. __06-2485-RLD__
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of __05/05/06__
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes _X_ No

                                          _____
                                          MARCUS A. CHRISTIAN
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court ID No. A5500914

Penalty Sheet(s) attached                                                               REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**06-20304-CR-COOKE**
**MAGISTRATE JUDGE**
**BROWN**

Defendant's Name: **SULTAN KHANBEY**　　　Case No: _____

Count #: 1

Felon in Possession of a Firearm

Title 18, United States Code, Section 922(g)(1)

*Max. Penalty:　20 Years' Imprisonment

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FORM DBD-34
March 04

Federal Grand Jury
Indictment Number
05-IRS-MIA-9250

06-20304-CR-COOKE
MAGISTRATE JUDGE
BROWN

UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs.

SULTAN KHANBEY,

Defendant.

## INDICTMENT

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

A true bill.

_____
Foreman

FGJ 05-103(MIA)

Filed in open court this _____ day,
of _____ A.D. 2006

_____
Clerk

Bail, $ _____

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

Page 1 of 6

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **06-20304-CR-COOKE** |
| **SULTAN KHANBEY** | USM Number: 76629-004 |
| | Counsel For Defendant: Hector Dopico, AFPD |
| | Counsel For The United States: Marcus Christian |
| | Court Reporter: Robin Dispenzieri |

The defendant pleaded guilty to Count one of the Indictment.
The defendant is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18, U.S.C. § 922(g)(1) | Felon in possession of a firearm. | April 19, 2006 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
10/25/2006

_____
MARCIA G. COOKE
United States District Judge

October __26__, 2006

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/25/08

DEFENDANT: SULTAN KHANBEY
CASE NUMBER: 06-20304-CR-COOKE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **14 Months**.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve his sentence in a facility nearest Chicago, Ill.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

DEFENDANT: SULTAN KHANBEY
CASE NUMBER: 06-20304-CR-COOKE

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:08-cr-00304  Document 2  Filed 05/05/2008  Page 17 of 19

Case 1:06-cr-20304-MGC  Document 51  Entered on FLSD Docket 10/27/2006  Page 4 of 6
USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case                                                          Page 4 of 6

DEFENDANT: SULTAN KHANBEY
CASE NUMBER: 06-20304-CR-COOKE

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall participate in an approved treatment program for anger control/domestic violence. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer.

Self-Employment Restriction: The defendant shall obtain prior written approval from the Court before entering into any self-employment.

Permissible Search: The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

DEFENDANT: SULTAN KHANBEY
CASE NUMBER: 06-20304-CR-COOKE

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | $ | $ |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: SULTAN KHANBEY
CASE NUMBER: 06-20304-CR-COOKE

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. Lump sum payment of $100.00 due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the CLERK, UNITED STATES COURTS and is to be addressed to:**

U.S. CLERK'S OFFICE
ATTN: FINANCIAL SECTION
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FLORIDA 33128

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.